UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL L. GLADNEY, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant(s). ) | Case No. 4:10CV1382 JCH |

## **ORDER**

This matter is before the Court on Defendant's Motion to Reverse and Remand, filed March 8, 2011. Pursuant to 28 U.S.C. § 636, the Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III, who issued a Report and Recommendation on March 9, 2011. Magistrate Judge Mummert recommends that the Court grant Defendant's Motion to Reverse and Remand. Magistrate Judge Mummert further recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g). Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will grant Defendant's Motion to Reverse and Remand, and reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge will be directed to further evaluate Plaintiff's mental condition under the criteria of Listing 12.05C, and to apply the Commissioner's regulatory psychiatric review technique.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 23) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Reverse and Remand (Doc. No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 10th day of March, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE